RECEIVED & FILED

NOV 1 3 2002

ANDROSCOGGIN
SUPERIOR COURT

STATE OF MAINE
ANDROSCOGGIN, ss.

SUPERIOR COURT
CIVIL ACTION
Docket No. AP-02-011

BLAINE WHITNEY,
     Petitioner

DONALD L. GARBRECHT
LAW LIBRARY

v.                                                    **ORDER**

NOV 21 2002

STATE OF MAINE
DEPARTMENT OF HUMAN SERVICES,
     Respondent

Pursuant to 19-A M.R.S.A. § 2358, the Department of Human Services withheld $769 from a joint account belonging to him and Deborah Child. Petitioner filed a request for review of that action, and an administrative hearing was held on May 1, 2002. After hearing the evidence presented, the Hearing Officer issued a written decision, including findings of fact. In his decision, the hearing officer held that, because Whitney was legally entitled to withdraw the funds in that account, the funds were not exempt from garnishment.

Whitney filed a petition for judicial review of that administrative decision. After review of the filings, and after consideration of the arguments presented at hearing on November 12, 2002, the court finds that the administrative decision is supported by substantial evidence in the record, and is not in violation of any constitutional or statutory provisions.

The petitioner's appeal is denied.

The clerk is instructed to incorporate this order by reference in the docket for this case.

DATED: 11/13/02

_____
Ellen A. Gorman
Justice, Maine Superior Court

| Date Filed | June 4, 2002 | ANDROSCOGGIN | | Docket No. | AP-02-11 |
|---|---|---|---|---|---|

County

Action  80C APPEAL-CHILD SUPPORT ENFORCEMENT

BLAINE T. WHITNEY
DEBORAH CHILD
8 Hodgkin Street
Lewiston, ME 04240

DEPARTMENT OF HUMAN SERVICES

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| | Melissa O'Dea, AAG |
| Pro Se | ~~Raymond E. Ritchie, AAG~~ |
| | OFFICE OF THE ATTORNEY GENERAL |
| | 6 State House Station |
| | Augusta, ME 04333-0006 |
| | BAR #1722 |

| Date of Entry | |
|---|---|
| **2002** | |
| June 4: | Received 6-4-02. |
| | Notice of Appeal with attachment, filed.    (Summary Sheet filed.) |
| "    " | Application of Plaintiff to Proceed without Payment of Fees, filed. |
| "    " | Indigency Affidavit, filed. |
| | |
| June 7: | Received 6-4-02. |
| | Order on Application to Proceed without Payment of Fees, filed. (Delahanty, J) |
| | it is ORDERED that: |
| | the filing fee is waived. |
| | This order is incorporated into the docket by reference at the specific direction of the court. |
| | copy mailed Blaine T. Whitney & Deborah Child on 6-7-02. |
| | |
| June 11: | Received 6-11-02. |
| | Correspondence from Raymond E. Ritchie, AAG RE:  Acknowledging receipt of the Petitioner's Rule 80C Appeal, filed. |
| | |
| July 9: | Received 6-9-02. |
| | Record on Appeal, filed. |
| | |
| "    " | On 7-9-02. |
| | Notice and Briefing Schedule (80C Appeal of Final Agency Actions mailed Blaine T. Whitney, Deborah Child and Raymond E. Ritchie, AAG on 7-9-02. (Appellant's Brief due on or before August 19, 2002). |
| | |
| Aug. 27: | Received 8-19-02. |
| | Appellant's Brief, filed. |
| | (Appellee's Brief due on or before September 18, 2002). |
| | |
| **Sept. 26:** | Received 9-26-02. |
| "    " | Brief of the Department of Human Services, filed. |
| "    " | Defendant's Motion to Strike Exhibits, filed. |
| | Proposed Order, filed. |
| | (Over) |